**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile: (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant County of El Dorado**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| ANNE MCNELIS, individually and as Guardian Ad Litem for L.N., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF EL DORADO, KIMBERLY PIERCE, CAITLYN HAYDEN, SAMANTHA HODGE, and DOES 1- 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00369-TLN-JDP <br><br> **STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANT COUNTY OF EL DORADO TO RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs ANNE MCNELIS, individually and as Guardian ad Litem for L.N. ("Plaintiffs") and Defendant COUNTY OF EL DORADO ("County"), through their respective counsel, that the time for the County to respond to the Complaint shall be extended from April 22, 2022 to May 31, 2022.

The requested extension is necessary to allow the attorney for the County to file a petition in the state juvenile court for disclosure of the applicable juvenile records under Welfare & Institutions Code section 827. The requested extension also aligns with the May 31, 2022 due date for the individual defendants to file their responsive pleadings given that Plaintiffs have requested that the individual defendants waive service under Rule 4(d). One of the individual defendants has already signed the waiver of service of summons and ongoing efforts are underway to obtain waivers from

the other two individual defendants. The requested extension may prevent the filing of a multiplicity of responses.

Dated: April 21, 2022                    Respectfully submitted,

CAULFIELD LAW FIRM

By:   /s/ Andrew T. Caulfield
      Andrew T. Caulfield
      Attorneys for Defendant
      County of El Dorado

Dated: April 21, 2022                    POWELL & ASSOCIATES

By:   /s/ Robert R. Powell
      Robert R. Powell
      Attorneys for Plaintiffs
      Anne McNelis and L.N.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 25, 2022

_____
Troy L. Nunley
United States District Judge