**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNE MCNELIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF EL DORADO, et al., <br><br> Defendants. | Case No. 2:22-cv-00369-TLN-JDP <br><br> **ORDER ON MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR L.N.** <br><br> Courtroom:  2, 15th Floor <br> Judge:  Hon. Troy L. Nunley |

### ORDER

The Court, having reviewed and considered Plaintiff's Motion for Appointment of Guardian ad Litem for L.N. (Document 10), and GOOD CAUSE appearing, hereby ORDERS that Plaintiff, Anne Mcnelis, be appointed as the *guardian ad litem* for L.N. in this case.

Dated: May 19, 2022

Troy L. Nunley
United States District Judge