Robert R. Powell (SBN: 159747)
Powell & Associates
925 W. Hedding St.
San Jose, CA 95126
T: (408) 553-0201 F: (408) 553-0203
rpowell@rrpassociates.com

Samuel H. Park (SBN: 261136)
Attorney at Law
148 Pacific Ave., #2
Pacific Grove, CA 93950
T: (831) 529-5955
sam@sampark.lawyer

Attorneys for Plaintiffs,
Anne Mcnelis, L.N.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MCNELIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF EL DORADO, et al.,<br>DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00369-DJC-JDP<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS KIMBERLY PIERCE, CAITLYN HAYDEN AND SAMANTHA HODGE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Anne McNelis (individually and as Guardian ad Litem for her daughter L.N.) and Defendants County of El Dorado, Kimberly Pierce, Caitlyn Hayden, and Samantha Hodge, by and through their respective counsel, hereby stipulate and agree as follows and ask the Court order same:

//

//

//

//

- 1 -

STIPULATION FOR DISMISSAL RE: INDIVIDUAL DEFENDANTS
Mcnelis v. County of El Dorado, et al.
Case #2:22-cv-00369-DJC-JDP

1. All claims and causes of action asserted by Plaintiffs in this action against Defendants Kimberly Pierce, Caitlyn Hayden, and Samantha Hodge only are hereby dismissed with prejudice. These parties are to bear their own attorney fees and costs as to the dismissed claims.

**IT IS SO STIPULATED.**

| **POWELL & ASSOCIATES** | **CAULFIELD LAW FIRM** |
|---|---|
| __/S/ Robert R. Powell__  8/1/23<br>ROBERT R. POWELL<br>Attorneys for Plaintiffs | __/S/ Andrew Caulfield__  8/1/23<br>ANDREW T. CAULFIELD<br>Attorneys for County of El Dorado |
| **ANGELO, KILDAY & KILDUFF, LLP** | **EVANS, WIECKOWSKI, WARD, & SCOFIELD, LLP** |
| __/S/ Kevin J. Dehoff__  8/1/23<br>KEVIN J. DEHOFF<br>Attorneys for Defendants<br>Kimberly Pierce & Caitlyn Hayden | __/S/ Carol A. Wieckowski__  8/1/23<br>CAROL A. WIECKOWSKI<br>Attorneys for Defendant<br>Samantha Hodge |

### ORDER

Pursuant to the party's stipulation, the Court hereby **DISMISSES** with prejudice all claims and causes of action asserted by Plaintiffs in this action against Defendants **Kimberly Pierce**, **Caitlyn Hayden**, and **Samantha Hodge** only. These parties are to bear their own attorney fees and costs as to the dismissed claims.

**IT IS SO ORDERED.**

Dated:  August 2, 2023        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE