Robert R. Powell (SBN: 159747)
Powell & Associates
925 W. Hedding St.
San Jose, CA 95126
T: (408) 553-0201 F: (408) 553-0203
rpowell@rrpassociates.com

Samuel H. Park (SBN: 261136)
Law Office Of Samuel H. Park, APC
148 Pacific Ave., #2
Pacific Grove, CA 93950
T: (831) 529-5955
sam@sampark.lawyer

Attorneys for Plaintiffs,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE MCNELIS, individually and as Guardian ad Litem for L.N., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF EL DORADO, et al., DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00369-DJC-JDP <br><br> JOINT STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT COUNTY OF EL DORADO |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Anne McNelis (individually and as Guardian ad Litem for her daughter L.N.) and Defendant County of El Dorado, by and through their respective counsel, hereby stipulate and agree as follows and ask the Court order same:

    1. All claims and causes of action asserted by Plaintiffs in this action against Defendant County of El Dorado, are hereby dismissed with prejudice. These parties are to bear their own attorney fees and costs.

2. All claims and causes of action asserted by Plaintiffs in this action against the only remaining defendants, Does 1-10, are hereby also dismissed with prejudice. These parties are to bear their own attorney fees and costs.

**IT IS SO STIPULATED.**

| **POWELL & ASSOCIATES** | **CAULFIELD LAW FIRM** |
|---|---|
| /S/ Robert R. Powell   10/19/23<br>ROBERT R. POWELL<br>Attorneys for Plaintiffs | /S/ Andrew Caulfield   10/19/23<br>ANDREW T. CAULFIELD<br>Attorney for County of El Dorado |

## ORDER

Pursuant to the parties' stipulation, the Court hereby dismisses with prejudice all claims and causes of action asserted by Plaintiffs in this action against Defendants County of El Dorado and Does 1-10. These parties are to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: November 17, 2023              /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE